

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00795-CV

**IN RE** Roddy G. **MARTIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Delivered and Filed: November 26, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 14, 2014, relator Roddy G. Martin filed a petition for writ of mandamus and a request for emergency relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the request for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 14-435CCL, styled *South Texas Powerwash and Striping Inc. v. Roddy G. Martin*, pending in the County Court at Law, Kendall County, Texas, the Honorable Bill R. Palmer presiding.